UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, as Trustee,

           Interpleader Plaintiff,

- against -

MBIA Insurance Corporation, Wellington Management Company, LLP, VantisLife Insurance Company, CEDE & CO., as holder of certain Secured Notes and nominee name of the Depositary Trust Company, DOES 1 through 5, holders of certain Class A-1 and Class B Notes and DOES 6 through 100, owners of beneficial interests in the Secured Notes.

           Interpleader Defendants.

**Rule 7.1 Disclosure**

Case No.



08 CIV 4791

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff U.S. Bank National Association ("US Bank") represents that US Bank is a wholly-owned subsidiary of U.S. Bancorp, which is a publicly held company.

Dated: New York, New York
      May 21, 2008

                                  Respectfully submitted,
                                  ALSTON & BIRD LLP

By: _____
        Michael E. Johnson (MJ 0299)
        Piret Loone (PL 6597)
        90 Park Avenue
        New York, New York 10016
        (212) 210-9400

*Attorneys for Interpleader Plaintiff*
*U.S. Bank N.A., as Trustee*

To:

MBIA Insurance Corporation
113 King Street
Armonk, New York 10504-1611

Wellington Management Company, LLP
75 State Street
Boston, Massachusetts 02109-1827

VantisLife Insurance Company
200 Day Hill Road
Windsor, Connecticut 06095-1779

Cede & Co.
55 Water Street
New York, New York 10041-0099