AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

U.S. BANK NATIONAL ASSOCIATION, as Trustee

V.

MBIA Insurance Corporation, Wellington Management Company, LLP, VantisLife Insurance Company, CEDE & Co., as holder of certain Secured Notes and nominee name of the Depository Trust Company, DOES 1 through 5, holders of certain Class A-1 and Class B Notes and DOES 6 through 100, owners of beneficial interests in the Secured Notes,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV. 4791

TO: (Name and address of Defendant)

MBIA Insurance Corporation
c/o of Scott E. Eckas, Esq.
MCKEE NELSON LLP
One Battery Park Plaza
New York, New York 10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Johnson, Esq., Alston & Bird LLP, 90 Park Avenue, New York, New York 10016

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE  MAY 22 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>Interpleader Plaintiff,<br><br>- against -<br><br>MBIA Insurance Corporation, Wellington Management Company, LLP, VantisLife Insurance Company, CEDE & CO., as holder of certain Secured Notes and nominee name of the Depositary Trust Company, DOES 1 through 5, holders of certain Class A-1 and Class B Notes and DOES 6 through 100, owners of beneficial interests in the Secured Notes.<br><br>Interpleader Defendants. | **Affidavit of Service**<br><br>Case No. 08cv4791 |

STATE OF NEW YORK    )
                     )   ss:
COUNTY OF NEW YORK   )

Kim Fitzgerald, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by Alston & Bird LLP, attorneys for plaintiff.

That on the 22nd day of May 2008, at approximately the time of 4:05 p.m., deponent served true copies of the Summons and Complaint, Interpleader Bond, Civil Cover Sheet, Rule 7.1 Statement, Judge Barbara S. Jones' Individual Rules, Magristrate Judge Michael H. Dolinger Individual Rules and Critical Instructions to Attorneys upon MBIA Insurance Corporation by personally delivering and leaving the same with Scott E. Eckas, an Attorney at McKee Nelson LLP at One Battery Park Plaza, New York, NY 10004, who was authorized to accept service on behalf of MBIA Insurance Corporation.

Scott Eckas is a white male, approximately 40 years of age, stands

Alston & Bird

- 2 -

approximately 6 feet 0 inches tall and weighs approximately 165 pounds with blonde hair and blue eyes.

*Kim Fitzgerald*
Kim Fitzgerald

Sworn to before me this
28th day of May, 2008

_____
Notary Public

MICHAEL J. MALLOY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 41-4914497
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 27, 20__

Alston & Bird