JUDGE JONES

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

U.S. BANK NATIONAL ASSOCIATION, as Trustee

V.

MBIA Insurance Corporation, Wellington Managment Company, LLP, VantisLife InsuranceCompany, CEDE & Co., as holder of certain Secured Notes and nominee name of the Depository Trust Company, DOES 1 through 5, holders of certain Class A-1 and Class B Notes and DOES 6 through 100, owners of beneficial interests in the Secured Notes.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 Civ 4791

TO: (Name and address of Defendant)

Wellington Management Company, LLP
75 State Street
Boston, Massachusetts 02109-1827

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Johnson, Alston & Bird LLP, 90 Park Avenue, New York, New York 10016

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 22 2008

CLERK

(By) DEPUTY CLERK          DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION, as Trustee,

        Plaintiff,

      -against-

MBIA INSURANCE CORPORATION, et al.,

        Defendants.
-------------------------------------------------------------X

Case No. 08 CV 4791
(Judge Jones)

AFFIDAVIT OF SERVICE

STATE OF MASSACHUSETTS  )
         S.S.:
COUNTY OF PLYMOUTH      )

      PETER C. MURPHY, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 27th day of May, 2008, at approximately the time of 3:00 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; INTERPLEADER COMPLAINT; INTERPLEADER BOND; CIVIL COVER SHEET; RULE 7.1 DISCLOSURE; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER upon WELLINGTON MANAGEMENT COMPANY, LLP. at 28 State Street, Boston, MA, by personally delivering and leaving the same with SARA ENGLAND who informed deponent that she is with the Legal Department for that company and is authorized by appointment to receive service at that address.

      SARA ENGLAND is a white female, approximately 30 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 140 pounds with brown hair and brown eyes.

PETER C. MURPHY

Sworn to before me this
29 day of May, 2008

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com