AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

U.S. BANK NATIONAL ASSOCIATION, as Trustee

V.

MBIA Insurance Corporation, Wellington Managment Company, LLP, VantisLife InsuranceCompany, CEDE & Co., as holder of certain Secured Notes and nominee name of the Depository Trust Company, DOES 1 through 5, holders of certain Class A-1 and Class B Notes and DOES 6 through 100, owners of beneficial interests in the Secured Notes.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV. 4791

TO: (Name and address of Defendant)

VantisLife Insurance Company
200 Day Hill Road
Windsor, Connecticut 06095-1779

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Johnson, Alston & Bird LLP, 90 Park Avenue, New York, New York 10016

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DATE: MAY 22 2008

CLERK

(By) DEPUTY CLERK



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
U.S. BANK NATIONAL ASSOCIATION, as
Trustee,

        Plaintiff,

       -against-

MBIA INSURANCE CORPORATION, et al.,

        Defendants.
----------------------------------------X
STATE OF CONNECTICUT  )
        S.S.:
COUNTY OF HARTFORD    )

Case No. 08 CV 4791
(Judge Jones)

AFFIDAVIT OF SERVICE

    MICHAEL WALTON, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 27th day of May, 2008, at approximately the time of 1:00 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; INTERPLEADER COMPLAINT; INTERPLEADER BOND; CIVIL COVER SHEET; RULE 7.1 DISCLOSURE; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER upon VANTISLIFE LIFE INSURANCE COMPANY at 200 Day Hill Road, Windsor, CT, by personally delivering and leaving the same with GUSTAVO LESCOUFLAIR who informed deponent that she holds the position of Senior Vice President with that company and is authorized by law to receive service at that address.

    GUSTAVO LESCOUFLAIR is a black female, approximately 40 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 165 pounds with black hair wearing glasses.

_____
MICHAEL WALTON

Sworn to before me this
2ND day of June, 2008

_____
NOTARY PUBLIC



D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com