AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

U.S. NATIONAL BANK ASSOCIATION,
as Trustee,
                  Impleader Plaintiff,
      -v-
MBIA Insurance Corporation, Wellington
Management Company, LLP, VantisLife
Insurance Company, CEDE &CO., et al

                Impleader Defendants.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    I certify that I am admitted to practice in this court.

Date

Signature

Print Name                                                                          Bar Number

Address

City                       State                  Zip Code

Phone Number                                             Fax Number