UNITED  STATES  DISTRICT  COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Plaintiff, | |
| -v- | Case No._____ |
| | **Rule 7.1 Statement** |
| Defendant. | |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** _____

_____
**Signature of Attorney**

**Attorney Bar Code:** _____