UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
:
U.S. BANK NATIONAL ASSOCIATION, as : 
Trustee, :
:
         Interpleader Plaintiff, :
: Case No: 08-CV-4791 (BSJ-MHD)
         v. :
:
MBIA Insurance Corporation, Wellington :
Management Company, LLP, VantisLife : RULE 7.1 CORPORATE DISCLOSURE
Insurance Company, CEDE & CO., as holder : STATEMENT OF INTERPLEADER
of certain Secured Notes and nominee name of : DEFENDANT WELLINGTON
the Depository Trust Company, DOES 1 : MANAGEMENT COMPANY, LLP
through 5, holders of certain Class A-1 and :
Class B Notes and DOES 6 through 100, :
owners of beneficial interests in the Secured :
Notes, :
:
         Interpleader Defendants. :
:
----------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Wellington Management Company, LLP states that it is a private limited liability partnership. It has no parent corporation, an no publicly held corporation owns more 10% or more of its stock.

Dated: June 20, 2008
     New York, NY

                                                         Respectfully Submitted,

                                                         /s/ Deborah S. Birnbach
                                                         Deborah S. Birnbach (DB-4371))
                                                         GOODWIN PROCTER LLP
                                                         53 State Street
                                                         Boston, Massachusetts 02109
                                                         Tel.: 617.570.1000
                                                         Fax: 617.523.1231

                                                         *Attorneys for Defendant Wellington*
                                                         *Management Company, LLP*