UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                    :

U.S. BANK NATIONAL ASSOCIATION, as   :
Trustee,                                          :
                                              :
                    Interpleader Plaintiff,   :
                                              :
                    v.                      :
                                            :   Case No: 08-CV-4791 (BSJ-MHD)
MBIA Insurance Corporation, Wellington   :
Management Company, LLP, VantisLife   :
Insurance Company, CEDE & CO., as holder   :
of certain Secured Notes and nominee name of   :   **NOTICE OF APPEARANCE**
the Depository Trust Company, DOES 1   :
through 5, holders of certain Class A-1 and   :
Class B Notes and DOES 6 through 100,   :
owners of beneficial interests in the Secured   :
Notes,                                         :
                                              :
                    Interpleader Defendants.  :
                                            :
-----------------------------------------------------------X

         Please enter the appearance of Deborah S. Birnbach, of Goodwin Procter LLP,

as counsel for Interpleader Defendant Wellington Management Company LLP., in the

above-captioned matter.  I certify that I am admitted to practice in this court.

Dated: June 20, 2008
        New York, NY

                                    Respectfully Submitted,

                                    /s/ Deborah S. Birnbach
                                    Deborah S. Birnbach (DB-4371))
                                    GOODWIN PROCTER LLP
                                    53 State Street
                                    Boston, Massachusetts  02109
                                    Tel.:  617.570.1000
                                    Fax:  617.523.1231

                                    *Attorneys for Defendant Wellington*
                                    *Management Company, LLP*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2008 I caused the Notice of Appearance

to be served by electronic means, via the Court's ECF system,  on all counsel registered

to receive electronic notices.

Dated:  June 20, 2008
        New York, New York

                                           /s/Deborah Birnbach
                                          Deborah S. Birnbach (DB-4371)