*Jones/ST*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

U.S. BANK NATIONAL ASSOCIATION, as
Trustee,

          Interpleader Plaintiff,

          v.

MBIA Insurance Corporation, Wellington
Management Company, LLP, VantisLife
Insurance Company, CEDE & CO., as holder
of certain Secured Notes and nominee name of
the Depository Trust Company, DOES 1
through 5, holders of certain Class A-1 and
Class B Notes and DOES 6 through 100,
owners of beneficial interests in the Secured
Notes,

          Interpleader Defendants.

------------------------------------------------------------X

Case No: 08-CV-4791 (BSJ-MHD)

STIPULATED EXTENSION OF TIME TO
ANSWER, MOVE OR OTHERWISE
PLEAD FOR INTERPLEADER
DEFENDANT WELLINGTON
MANAGEMENT COMPANY, LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

IT IS HEREBY STIPULATED AND AGREED, by and between Interpleader Plaintiff U.S. Bank National Association, as Trustee (the "Trustee"), and Interpleader Defendant Wellington Management Company, LLP as follows:

      1. On May 22, 2008, the Trustee filed an Interpleader Complaint (the "Complaint") in this action.

      2. The time for Wellington Management Company, LLP to answer move, or otherwise plead in response to the Complaint was June 16, 2008.

3. There has been no previous request for an adjournment or extension of time for Wellington Management Company, LLP to answer, move or otherwise plead in response to the Complaint.

4. The Trustee consents to the extension of time for Wellington Management Company, LLP to answer, move or otherwise plead in response to the Complaint to and including July 9, 2008.

5. This Stipulation may be executed in counterparts, Facsimile or electronically transmitted signatures shall be deemed binding as original signatures.

Dated: June 19, 2008
New York, NY

Michael E. Johnson (MJ 0299)
Piret Loone (PL 6597)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210 9400

*Attorneys for Interpleader Plaintiff U.S. Bank National Association, as Trustee*

Deborah S. Birnbach (DB 4371)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

*Attorney for Interpleader Defendant Wellington Management Company, LLP*

SO ORDERED

_____
U.S.D.J.

June 23, 2008