UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>           Interpleader Plaintiff,<br><br>- against -<br><br>MBIA INSURANCE CORPORATION, Wellington Management Company, LLP, VantisLife Insurance Company, CEDE & CO., as holder of certain Secured Notes and nominee name of the Depository Trust Company, DOES 1 through 5, holders of certain Class A-1 and Class B Notes and DOES 6 through 100, owners of beneficial interests in the Secured Notes.<br><br>           Interpleader Defendants. | Case No.: 1:08 CV 4791 (BSJ-MHD)<br><br>Honorable Barbara S. Jones<br><br>Magistrate Judge Dolinger<br><br>STIPULATED EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD FOR DEFENDANT MBIA INSURANCE CORPORATION |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff U.S. Bank National Association, as Trustee (the "Trustee"), and defendant MBIA Insurance Corporation ("MBIA") as follows:

1. On May 22, 2008, the Trustee filed an Interpleader Complaint (the "Complaint") in this action.

2. The time for MBIA to answer, move, or otherwise plead in response to the Complaint is currently July 2, 2008.

3. There has been one previous request for an adjournment or extension of time for MBIA to answer, move, or otherwise plead in response to the Complaint.

4. The Trustee consents to the extension of time for MBIA to answer, move, or otherwise plead in response to the Complaint to and including July 18, 2008.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/08

5. This Stipulation may be executed in counterparts. Facsimile or electronically transmitted signatures shall be deemed binding as original signatures.

Dated: June 30, 2008
New York, New York

ALSTON & BIRD LLP

By: _____
Michael E. Johnson (MJ 0299)
Piret Loone (PL 6597)
90 Park Avenue
New York, NY 10016
(212) 210-9400

Attorneys for Interpleader Plaintiff
   U.S. Bank National Association, as
   Trustee

MCKEE NELSON LLP

By: _____
Scott E. Eckas (SE 7479)
Kevin J. Biron (KB 1030)
One Battery Park Plaza
New York, NY 10004
(917) 777-4200

Attorneys for Interpleader Defendant
   MBIA Insurance Corporation

SO ORDERED

_____
U.S.D.J.

7/1/08

266590v.1

2