UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
:
U.S. BANK NATIONAL ASSOCIATION, as :
Trustee, :
:
               Interpleader Plaintiff, :
:
      v. :
:
MBIA Insurance Corporation, Wellington : Case No: 08-CV-4791 (BSJ-MHD)
Management Company, LLP, VantisLife :
Insurance Company, CEDE & CO., as holder :
of certain Secured Notes and nominee name of : NOTICE OF DISMISSAL
the Depository Trust Company, DOES 1 :
through 5, holders of certain Class A-1 and :
Class B Notes and DOES 6 through 100, :
owners of beneficial interests in the Secured :
Notes, :
:
             Interpleader Defendants. :
:
-------------------------------------------------------X

     PLEASE TAKE NOTICE, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, U.S. Bank National Association, as Trustee (the "Trustee") hereby dismisses Interpleader Defendant Wellington Management Company, LLP without prejudice.

Dated: July 17, 2008
       New York, NY

                                                          Michael E. Johnson (MJ 0299)
                                                          Piret Loone (PL 6597)
                                                         ALSTON & BIRD LLP
                                                         90 Park Avenue
                                                         New York, NY 10016
                                                         (212) 210 9400

                                               *Attorneys for Interpleader Plaintiff U.S. Bank*
                                                                      *National Association, as Trustee*