JON 655

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
:
U.S. BANK NATIONAL ASSOCIATION, as :
Trustee, :
:
          Interpleader Plaintiff, :
:
     v. :
:
MBIA Insurance Corporation, Wellington : Case No: 08-CV-4791 (BSJ-MHD)
Management Company, LLP, VantisLife :
Insurance Company, CEDE & CO., as holder :
of certain Secured Notes and nominee name of : NOTICE OF DISMISSAL
the Depository Trust Company, DOES 1 :
through 5, holders of certain Class A-1 and :
Class B Notes and DOES 6 through 100, :
owners of beneficial interests in the Secured :
Notes, :
:
          Interpleader Defendants. :
:
:
------------------------------------------------X

    PLEASE TAKE NOTICE, that pursuant to Rule 41(a) of the Federal Rules of Civil

Procedure, U.S. Bank National Association, as Trustee (the "Trustee") hereby dismisses

Interpleader Defendant Wellington Management Company, LLP without prejudice.

Dated: July 17, 2008
      New York, NY

                                              Michael E. Johnson (MJ 0299)
                                              Piret Loone (PL 6597)
                                              ALSTON & BIRD LLP
                                              90 Park Avenue
                                              New York, NY 10016
                                              (212) 210 9400

                                              *Attorneys for Interpleader Plaintiff U.S. Bank*
                                              *National Association, as Trustee*

SO ORDERED:

Barbara S. Jones
U.S.D.J.

7/22/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/08