UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK NATIONAL ASSOCIATION, as Trustee,

    Interpleader Plaintiff,

    - against -

MBIA Insurance Corporation, Wellington Management Company, LLP, VantisLife Insurance Company, CEDE & CO., as holder of certain Secured Notes and nominee name of the Depositary Trust Company, DOES 1 through 5, holders of certain Class A-1 and Class B Notes and DOES 6 through 100, owners of beneficial interests in the Secured Notes.

    Interpleader Defendants.

Case No.08-CV-4791 (BSJ)

---

PLEASE TAKE NOTICE, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, U.S. Bank National Association, as Trustee (the "Trustee") hereby dismisses Interpleader Defendant VantisLife Insurance Company without prejudice.

Dated: July 30, 2008
New York, NY

*Michael E. Johnson (MJ 0299)*
Piret Loone (PL 6597)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210 9400

*Attorneys for Interpleader Plaintiff U.S. Bank National Association, as Trustee*

SO ORDERED:

United States District Judge

7/31/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/08