UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK NATIONAL ASSOCIATION, as Trustee,

        Interpleader Plaintiff,

- against -

MBIA INSURANCE CORPORATION,
WELLINGTON MANAGEMENT COMPANY, LLP,
VANTISLIFE INSURANCE COMPANY, CEDE &
CO., as holder of certain Secured Notes and nominee
name of the Depositary Trust Company, DOES 1
through 5, holders of certain Class A-1 and Class B
Notes and DOES 6 through 100, owners of beneficial
interests in the Secured Notes.

        Interpleader Defendants.

Case No. 1:08 CV 4791 (BSJ)

**NOTICE OF MOTION TO AMEND COMPLAINT**

---

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of its Motion to Amend Complaint and the Declaration of Michael E. Johnson, Interpleader Plaintiff U.S. Bank National Association ("U.S. Bank") will move this Court, at 500 Pearl Street, Courtroom 18B, United States Courthouse, New York, New York, before the Honorable Barbara S. Jones, United States District Judge, presiding, on a date and time to be set by the Court, pursuant to Rules 15(a) and 21 of the Federal Rules of Civil Procedure, for an Order granting leave of Court to amend its Complaint in this action to substitute certain parties for Does 1 through 5, to add KBC Investments

Hong Kong Limited as an interpleader defendant, and to grant such other relief as the Court deems just and proper.

Dated: New York, New York
August 1, 2008

By:     Respectfully submitted,
ALSTON & BIRD LLP

_/s/ Michael E. Johnson_
Michael E. Johnson (MJ 0299)
Piret Loone (PL 6597)
90 Park Avenue
New York, New York 10016
(212) 210-9400
*Attorneys for Interpleader Plaintiff*
*U.S. Bank National Association, as Trustee*

To:

Scott E. Eckas, Esq.
Kevin J. Biron, Esq.
McKee Nelson LLP
One Battery Park Plaza
New York, New York 10004
*Attorneys for Defendant MBIA Insurance Corporation*

Eric P. Heichel, Esq.
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022
*Attorneys for Defendant Cede & Co.*