UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MBIA INSURANCE CORPORATION, *et al.*,<br><br>Defendants. | 08-CV-4791 (BSJ)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK      )
                                             )  ss:
COUNTY OF NEW YORK  )

Louis Costanzo, being duly sworn, deposes and says: that she is over the age of eighteen years, that she is employed by Alston & Bird LLP, attorneys for Interpleader Plaintiff, U.S. Bank National Association; That on the 4th day of August, 2008, he caused to be served via First Class United States Mail, Plaintiff's Notice of Motion to Amend Complaint, Supporting Affirmation of Michael E. Johnson and accompanying Memorandum of Law in upon the following:

    Scott E. Eckas, Esq.
    Kevin J. Biron, Esq.
    MCKEE NELSON LLP
    One Battery Park Plaza
    New York, New York 10004

    *Attorneys for Interpleader Defendant*
    *MBIA Insurance Corporation*

_____
Louis Costanzo

Sworn to before me
this 4th day of August, 2008.

_____
Notary Public

MICHAEL J. MALLOY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 41-4914497
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 27, 20/2