```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
U.S. BANK NATIONAL ASSOCIATION,    :
as Trustee,                        :
                                   :
          Interpleader Plaintiff,  :     ORDER
                                   :
          -against-                :     08 Civ. 4791 (BSJ)(MHD)
                                   :
MBIA INSURANCE CORPORATION,        :
WELLINGTON MANAGEMENT COMPANY,     :
LLP, VANTISLIFE INSURANCE COMPANY, :
CEDE & CO., as holder of certain   :
Secured Notes and nominee name of  :
the Depositary Trust Company, DOES :
1 through 5, holders of certain    :
Class A-1 and Class B Notes and    :
DOES 6 through 100, owners of      :
beneficial interests in the        :
Secured Notes,                     :
                                   :
          Interpleader Defendants  :
----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A motion to amend the complaint having been filed by interpleader plaintiff U.S. Bank National Association on August 1, 2008,

It is hereby **ORDERED**:

1. Defendants are to serve and file any response to plaintiff's motion by no later than September 9, 2008.

2. Plaintiff is to serve and file any reply papers by no later than September 16, 2008.

DATED:   New York, New York
         September 3, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Michael Edward Johnson, Esq.
Piret Loone, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016

Eric P Heichel, Esq.
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022