**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x

U.S. BANK NATIONAL ASSOCIATION,  :

                Plaintiff,  :  08 Civ. 4791 (BSJ)

                            :  **Order**

        v.  :

MBIA INSURANCE CORPORATION, ET AL. :

                Defendant.  :

------------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On July 22, 2009, Interpleader Defendants KBC Investments
Hong Kong Ltd. and MBIA Insurance Corporation filed a motion for
summary judgment in the above-captioned case (Docket #59).
Plaintiff did not oppose such motion, and pursuant to the
Court's December 1, 2009 Order, the motion for summary judgment
is GRANTED. **The Clerk of the Court is directed to close this**
**case.**

SO ORDERED:

                             **BARBARA S. JONES**

                             **UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
           December 2, 2009



USDC SDNY
DOCUMENT
ELECTRO...
DOC #:
DATE FILE: 12/2/09